[No. 702-2.  Division Two.  November 13, 1973.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM STILTNER, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 3424, D. J. Cunningham, J., entered January 31, 1972. *Remanded* by unpublished per curiam opinion.

[No. 1912-1.  Division One.  November 19, 1973.]

LYNN LEWIS MORTENSON, *Appellant*, v. LARRY E. LARSON *et al.*, *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 202157, Hardyn B. Soule, J., entered June 12, 1972. *Affirmed* by unpublished opinion per Farris, J., concurred in by Horowitz and Williams, JJ.

[No. 2053-1.  Division Three.  November 19, 1973.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT DEAN NEUROTH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 61599, Ward Roney, J., entered December 4, 1972. *Reversed* by unpublished opinion per McInturff, J., concurred in by Green, C.J., and Munson, J.

[No. 786-3.  Division Three.  November 20, 1973.]

JOHN S. DUNLOP, *Appellant*, v. JEAN D. DUNLOP, *Respondent*.

Appeal from a judgment of the Superior Court for Asotin County, No. 11808, Patrick McCabe, J., entered December 19, 1972. *Affirmed* by unpublished opinion per Munson, J., concurred in by Green, C.J., and Evans, J. Pro Tem.